**MINUTE ENTRY**
**BARBIER, J.**
**MARCH 2, 2023**
**JS-10:  11 min.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 22-34 |
| TIMREK ANDREWS | SECTION "J" |

THURSDAY, MARCH 2, 2023 AT 1:30 P.M.
JUDGE CARL J. BARBIER PRESIDING

Courtroom Deputy: Gail Chauvin
Court Reporter: Cathy Pepper

APPEARANCES:
    Charles D. Strauss, AUSA, for Government
    Celia Clary Rhoads, Asst. FPD, for Defendant

**RE-ARRAIGNMENT OF TIMREK ANDREWS**

Case called at 1:34 p.m.
Defendant present to withdraw former plea of Not Guilty as to Count 4 of the Indictment and enter a plea of guilty to same.
Defendant is sworn and questioned by the Court.
Reading of the Indictment waived by the defendant.
Defendant is informed of rights to trial by jury or the court and waives same.
Defendant is informed of the maximum penalties.
Defendant is informed of the sentencing guidelines.
Defendant enters a plea of guilty.
Government submits the factual basis in writing and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Sentencing set for **JUNE 8, 2023 AT 9:30 A.M.**
Pre-sentence investigation is ORDERED.
Defendant is REMANDED.
The pretrial conference and trial of this defendant are canceled.
Hearing ended at 1:45 p.m.